# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MELVIN HARRIS, et. al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **CIVIL ACTION FILE NO.** |
| v. ) | **1:08-CV-1435** |
| ) | |
| **ATLANTA INDEPENDENT** ) | |
| **SCHOOL SYSTEM, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## MOTION TO DISMISS COUNTS I-VI OF PLAINTIFFS' COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Community Education Partners, Inc. ("CEP") moves this Court to dismiss the claims of Plaintiffs, as set forth in Counts I - VI of their Complaint, for failure to state a claim upon which relief can be granted. CEP is entitled to a judgment as a matter of law, pursuant to Rule 12(b)(6), dismissing this case in its entirety.

For the reasons set forth in the Memorandum in Support of this Motion, filed contemporaneously herewith, Defendant CEP respectfully requests that the Court grant its Motion and dismiss Counts I - VI of Plaintiffs' Complaint.

Dated this 23rd day of April, 2008.

/s/ *James A. Washburn*
Bruce P. Brown
Georgia Bar No. 064460
James A. Washburn
Georgia Bar No. 738845
Petrina A. Hall
Georgia Bar No. 141301

McKenna Long & Aldridge LLP
303 Peachtree Street, Suite 5300
Atlanta, Georgia 30308
(404) 527-4000
(404) 527-4198 (facsimile)

*Attorneys for Defendant Community Education Partners, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 23, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Robert O. Bozeman
Rodney Gregory Moore
Michael Eric Ross
Glianny Fagundo
Lawrence Dietrich
Nancy G. Abudu

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Chara Fisher Jackson
American Civil Liberties Union
of Georgia
75 Piedmont Avenue, Suite 514
Atlanta, GA 30303

Mawuli M. Malcolm Davis
The Davis Bozeman Law Firm PC
4153 B Flat Shoals Parkway, Suite 204
Decatur, GA 30034

Emily Chiang
Reginald T. Shuford
Laurence M. Schwartztol
American Civil Liberties
Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

This 23rd day of April, 2008.

/s/ James A. Washburn
Bruce P. Brown
Georgia Bar No. 064460
James A. Washburn
Georgia Bar No. 738845
Petrina A. Hall
Georgia Bar No. 141301

McKenna Long & Aldridge LLP
303 Peachtree Street, Suite 5300
Atlanta, Georgia 30308
(404) 527-4000
(404) 527-4198 (facsimile)

*Attorneys for Defendant Community Education Partners, Inc.*