# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| M.H., et. al.,<br><br>  Plaintiffs,<br><br>v.<br><br>ATLANTA INDEPENDENT SCHOOL SYSTEM, et al.,<br><br>  Defendants. | **CIVIL ACTION FILE NO. 1:08-cv-1435-BBM** |

## NOTICE OF WITHDRAWAL OF COUNSEL

COME NOW Laurence M. Schwartztol, ("the undersigned"), who is no longer associated with the Racial Justice Program of the American Civil Liberties Union, gives notice of his withdrawal as counsel in this action. In support hereof the undersigned states as follows:

1. The undersigned has been listed on certain pleadings for the Plaintiffs in this action.

2. The withdrawal of the undersigned will in no way deprive Plaintiffs of full representation by competent counsel in this action, and will in no other way prejudice Plaintiffs, as Reginald Shuford, Emily Chiang, and I. India

1

Geronimo from the American Civil Liberties Union Racial Justice Program will continue to represent Plaintiffs.

NOW THEREFORE the undersigned hereby gives notice of his withdrawal as counsel for Plaintiffs in this action.

RESPECTFULLY SUBMITTED this 5th day of February, 2009.

                                                s/ Laurence M. Schwartztol
                                                Laurence M. Schwartztol
                                                AMERICAN CIVIL LIBERTIES UNION FOUNDATION
                                                125 Broad Street
                                                New York, New York 10004
                                                (212) 549-2500

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 5, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Rodney Gregory Moore
Adorno & Yoss LLP
1349 West Peachtree Street N.E.,
Suite 1500
Atlanta, GA   30309

Michael Eric Ross
Brett T. Lane
Greenberg Traurig, LLP
The Forum, Suite 400
3290 Northside Parkway NW
Atlanta, Georgia 30327

*Counsel for Defendant Atlanta Independent School System*

Bruce P. Brown
James A. Washburn
Petrina A. Hall
McKenna Long & Aldridge LLP
303 Peachtree Street, Ste. 5300
Atlanta, Georgia 30308

*Counsel for Defendant Community Education Partners, Inc.*

s/ Laurence M. Schwartztol
Laurence M. Schwartztol
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street
New York, New York 10004
(212) 549-2500
